UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BCP MANAGEMENT, LLC**
as Trustee for 11717 81st Place
Land Trust,

    Plaintiff,

v.                                                                               Case No. 8:21-cv-276-AAS

**DEUTSCHE BANK NATIONAL
TRUST COMPANY as Trustee, on
Behalf of the Registered Holders of
GSAMP Trust 2005-HE3, Mortgage
Pass-Through Certificates, Series
2005-HE3,**

    Defendant.
_____/

## ORDER

An April 21, 2021 order granted Deutsche Bank National Trust Company's (Deutsche) motion to quash service of process against it. (Doc. 30). That order also directed BCP Management, LLC (BCP) to properly serve Deutsche and to file proof of service by May 21, 2021. (*Id.* at p. 8). Because BCP had not filed proof of service, the court entered a show cause order on May 24, 2021. (Doc. 33). The show cause order required BCP to file a proof of service or show cause by June 2, 2021. (*Id.*). Additionally, consistent with Local Rule

1

1.10(d),[1] the show cause order warned BCP that if BCP failed to properly serve Deutsche that may lead to the dismissal of BCP's claim for failure to prosecute. (*Id.*). BCP did not file a proof of service or respond to the show cause order. This failure triggers dismissal of the action in compliance with Local Rules 1.10(d) and 3.10.[2]

Thus, the following is **ORDERED:**

1. This case is **DISMISSED** for failure to prosecute. *See* Fed. R. Civ. P. 41(b); Local Rule 3.10, M.D. Fla.

2. The Clerk is **DIRECTED** to close this case.

3. Deutsche's Motion for Sanctions and Attorney's Fees (Doc. 31) should remain pending.

4. BCP is **DIRECTED** to respond to Deutsche's Motion for Sanctions and Attorney's fees by **June 14, 2021.** If no response is received, the motion will be treated as unopposed.

**ENTERED** in Tampa, Florida on June 8, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

---

[1] Local Rule 1.10(d) provides: "FAILURE TO ACT TIMELY. Failure to comply with a deadline in this rule can result in dismissal of the claim or action without notice and without prejudice."

[2] Local Rule 3.10 provides: "Failure to Prosecute; Dismissal. A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay."