UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BCP MANAGEMENT, LLC**
**as Trustee for 11717 81st Place**
**Land Trust,**

    **Plaintiff,**

v.                                                                                                                                      **Case No. 8:21-cv-276-AAS**

**DEUTSCHE BANK NATIONAL**
**TRUST COMPANY as Trustee, on**
**Behalf of the Registered Holders of**
**GSAMP Trust 2005-HE3, Mortgage**
**Pass-Through Certificates, Series**
**2005-HE3,**

    **Defendant.**
_____/

## ORDER

Under 28 U.S.C. § 455, a judge must disqualify herself in any proceeding in which her impartiality might reasonably be questioned or if the judge has personal knowledge of disputed evidentiary facts concerning the proceeding. 28 U.S.C. § 455(a) & (b)(1). When proper grounds exist, a judge has an affirmative and self-enforcing obligation to recuse herself *sua sponte*. *United States v. Kelly*, 888 F.2d 732, 744 (11th Cir. 1989). Today, I presided over a settlement conference for this case. (Doc. 53). During the settlement conference, at which the parties reached an impasse, I became privy to certain

1

confidential information. Consequently, recusal is warranted. The Clerk is directed to reassign this case to another magistrate judge by random draw and provide notice to the parties of the new magistrate judge.

**ORDERED** in Tampa, Florida on November 9, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge